

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00329-CV

**IN THE INTEREST OF S.I.**, H.I., and W.I., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01391
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED October 17, 2018.

Luz Elena D. Chapa, Justice